FILED

2021 NOV 17 PM 12:05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ___P.O.___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 21-cr-246    21MJ05270 |
| v. | |
| Edward Badalian | DECLARATION RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Indictment
in the _____ District of Columbia on 11/10/21
at 12:58 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 01/06/21
in violation of Title 18 U.S.C., Section(s) 1512(c)(2); 1512(c)(1); 371; 1752(a)(1)
to wit: Obstruction of an Official Proceeding/Aiding and Abetting; Tampering with Documents/Proceedings; Conspiracy;

A warrant for defendant's arrest was issued by: Magistrate Judge Zia Faruqui

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     11/17/21
                   Date

| Andrew Bland | Andrew Bland |
|---|---|
| Signature of Agent | Print Name of Agent |

| FBI | Special Agent |
|---|---|
| Agency | Title |

CR-52 (03/20)                    **DECLARATION RE OUT-OF-DISTRICT WARRANT**