Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED
2021 NOV 17 PM 12: 04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY RO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF
v.
Edward Badalian
USMS# _____ DEFENDANT

CASE NUMBER: 21-cr-246

REPORT COMMENCING CRIMINAL ACTION

21MJ05270

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/17/2021 at 9:53 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   Title 18 USC 1512(c)(2); 1512(c)(1); 371; 1752(a)(1)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: _____

7. Year of Birth: 1994

8. Defendant has retained counsel: ☐ No
   ☒ Yes   Name: Tigran Martinian   Phone Number: (310) 920-7419

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): _____

11. Name: Erin Norwood (please print)

12. Office Phone Number: (310) 405-1898

13. Agency: FBI

14. Signature: [signature]

15. Date: 11/17/2021

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION