FILED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

2021 NOV 17 PM 12: 05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: Ro

| United States of America | ) | 21-MJ-05270 |
| --- | --- | --- |
| v. | ) | Case No.1:21-cr-246 |
| Edward Badalian | ) | Assign to: Judge Amy B. Jackson |
|  | ) | Description: SUPERSEDING INDICTMENT (B) |
|  | ) | Case Related to 21-cr-246 (ABJ) |
| *Defendant* | ) |  |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Edward Badalian

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 371 (Conspiracy)
18 U.S.C. § 1512(c)(2) (Obstruction of an Official Proceeding and Aiding and Abetting)
18 U.S.C. § 1512(c)(1) (Tampering with Documents or Proceedings)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)

Date:  11/10/2021

Zia M. Faruqui
2021.11.10 12:58:19
-05'00'

*Issuing officer's signature*

City and state:  Washington, DC

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

| Return |
| --- |
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Edward Roman Badalian

Known aliases: _____

Last known residence: [REDACTED]

Prior addresses to which defendant/offender may still have ties: unknown

Last known employment: unknown

Last known telephone numbers: unknown

Place of birth: unknown

Date of birth: [REDACTED] 1994

Social Security number: [REDACTED]

Height: unknown          Weight: unknown

Sex: unknown             Race: unknown

Hair: unknown            Eyes: unknown

Scars, tattoos, other distinguishing marks: unknown

History of violence, weapons, drug use: unknown

Known family, friends, and other associates *(name, relation, address, phone number)*: unknown

FBI number: unknown

Complete description of auto: Unknown
Unknown

Investigative agency and address: FBI, 601 4th Street NW, Washington, DC 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: N/A

Date of last contact with pretrial services or probation officer *(if applicable)*: N/A